## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **ULTRA DEEP PICASSO PTE. LTD.** | § | **CIVIL ACTION NO. 4:21-cv-3891** |
| | § | |
| **v.** | § | |
| | § | **IN ADMIRALTY, Rule 9(h)** |
| **DYNAMIC INDUSTRIES SAUDI** | § | |
| **ARABIA LTD., et al.** | § | |

---

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER

---

**NOW INTO COURT**, through undersigned counsel, comes Defendant Dynamic Industries Saudi Arabia Ltd. ("DISA"), appearing solely for the purpose of securing an extension of time within which to file an answer with full reservation of all rights, moves the Court for an order granting Defendant an additional twenty-one (21) days within which to file an answer or otherwise respond to Plaintiff Ultra Deep Picasso Pte. Ltd.'s ("Ultra Deep") Original Petition ("Petition").  In support of this Motion, Defendant states the following:

1.

Ultra Deep commenced this action by filing the Original Petition on November 29, 2021.

2.

The deadline for Defendant to file an answer with the Court was Friday, March 11, 2022, twenty-one (21) days from service of the Original Petition.  Federal Rule of Civil Procedure 12(a)(1)(A)(i).

3.

{N4538960.1}

Defendant seeks an additional twenty-one (21) days from the deadline to file the answer, or until Friday, April 1, 2022, within which to file an answer or otherwise respond to Ultra Deep's Petition.

4.

Defendant needs additional time to review Ultra Deep's claims and prepare responsive pleadings.  The extension requested is the first extension requested by Defendant.

5.

Counsel for Ultra Deep has informed undersigned counsel that Ultra Deep does not oppose the extension requested by Defendant.

**WHEREFORE**, Defendant Dynamic Industries Saudi Arabia Ltd. prays that the Court grant the Unopposed Motion for Extension of Time to File Answer, extending the deadline for Defendant to file an answer or otherwise respond to Plaintiff Ultra Deep Picasso Pte. Ltd.'s Original Petition twenty-one (21) days from the filing of its deadline to answer, until April 1, 2022.

Respectfully submitted,

*/s/ Lara D. Pringle*
LARA D. PRINGLE
Texas State Bar No. 24056164
Texas Federal Bar No. 867760
Jones Walker LLP
811 Main Street, Suite 2900
Houston, Texas 77002
Telephone: (713) 437-1800
Facsimile:  (713) 437-1810
E-Mail: lpringle@joneswalker.com

*Attorney for Defendant Dynamic Industries Saudi Arabia Ltd.*

## <u>CERTIFICATE OF CONFERENCE</u>

I HEREBY CERTIFY that Counsel for Defendant communicated with Counsel for Plaintiff by telephone on March 9, 2022, regarding this motion. Plaintiff is unopposed to this motion.

*/s/ Lara D. Pringle*
Lara D. Pringle

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.  I further certify that I e-mailed and/or mailed the foregoing document and the notice of electronic filing by U.S. first-class mail to the non-CM/ECF participants appearing in this case, if any, on the 14th day of March, 2022.

*/s/ Lara D. Pringle*
Lara D. Pringle
