# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **ULTRA DEEP PICASSO PTE. LTD.** § § | § | **CIVIL ACTION NO. 4:21-cv-3891** |
| **v.** | § § § | |
| **DYNAMIC INDUSTRIES SAUDI ARABIA LTD., et al.** | § § § | **IN ADMIRALTY, Rule 9(h)** |

## SECOND MOTION FOR EXTENSION OF TIME TO FILE ANSWER

**NOW INTO COURT**, through undersigned counsel, comes Defendant Dynamic Industries Saudi Arabia Ltd. ("DISA"), appearing solely for the purpose of securing an extension of time within which to file a responsive pleading with full reservation of all rights, moves the Court for an order granting Defendant a two week extension of time, that is, until on or before April 15, 2022, to file a responsive pleading to Plaintiff Ultra Deep Picasso Pte. Ltd.'s ("Ultra Deep") Original Petition ("Petition"). In support of this Motion, Defendant states the following:

1.

Ultra Deep commenced this action by filing the Original Petition on November 29, 2021.

2.

Defendant was served with the Original Petition on February 18, 2022. The original deadline for Defendant to file an answer with the Court was April 1, 2022, twenty-one (21) days from service of the Original Petition. Federal Rule of Civil Procedure 12(a)(1)(A)(i).

{N4548544.1}

3.

On March 14, 2022, Defendant filed its first Motion for Extension of Time requesting an additional 21 days to file a responsive pleading, that is, on or before April 1, 2022.

4.

Due to a number of factors, including the fact that lead counsel for Defendant is preparing for a April 4, 2022 trial in federal court in New Orleans, Louisiana, Defendant needs additional time to review and investigate Ultra Deep's claims and prepare responsive pleadings, and Defendant seeks an additional brief two week extension to file a responsive pleading, that is, on or before April 15, 2022.

5.

District courts have discretion to grant extensions under Rule 6(b)(1)(A). Fed. R. Civ. P. 6(b)(1)(A) (stating that courts may grant an extension for good cause "if a request is made[] before the original time or its extension expires"); *Reed Migraine Ctrs. of Tex., PLLC v. Chapman*, Civil Action No. 3:14-CV-1204-N, 2020 U.S. Dist. LEXIS 29724, at *9 (N.D. Tex. Feb. 21, 2020) (granting motion for extension of time where party filed request before the expiration of the deadline and there was no prejudice to the parties).

6.

Further, "[a]n application for extension of time under Rule 6(b)(1)(A) normally will be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." *Palmer v. Kirkwood*, Civil Action No. 4:20-cv-688-SDJ-KPJ, 2020 U.S. Dist. LEXIS 241365, at *3 (E.D. Tex. Dec. 23, 2020) (quoting 4B Charles A. Wright & Arthur R. Miller, Federal Practice and Procedure § 1165 (4th ed. 2008)) (granting motion for extension of time to file responsive pleadings).

7.

Accordingly, Defendant submits that good cause exists for this brief two week extension, and it will not cause undue delay or prejudice any party.

8.

Ultra Deep does not consent to this Motion.

**WHEREFORE**, Defendant Dynamic Industries Saudi Arabia Ltd. prays that the Court grant the Motion for Extension of Time to File Answer, extending the deadline for Defendant to file an answer or otherwise respond to Plaintiff Ultra Deep Picasso Pte. Ltd.'s Original Petition by two weeks, that is, on or before April 15, 2022.

Respectfully submitted,

*/s/ Lara D. Pringle*
LARA D. PRINGLE
Texas State Bar No. 24056164
Texas Federal Bar No. 867760
Jones Walker LLP
811 Main Street, Suite 2900
Houston, Texas 77002
Telephone: (713) 437-1800
Facsimile: (713) 437-1810
E-Mail: lpringle@joneswalker.com

*Attorney for Defendant Dynamic Industries Saudi Arabia Ltd.*

**CERTIFICATE OF CONFERENCE**

I HEREBY CERTIFY that Counsel for Defendant communicated with Counsel for Plaintiff by email on March 30 and March 31, 2022 regarding this motion. Plaintiff opposes this motion.

*/s/ Lara D. Pringle*
Lara D. Pringle

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record. I further certify that I e-mailed and/or mailed the foregoing document and the notice of electronic filing by U.S. first-class mail to the non-CM/ECF participants appearing in this case, if any, on the 31st day of March, 2022.

/s/ Lara D. Pringle
Lara D. Pringle