United States District Court
Southern District of Texas

**ENTERED**

April 13, 2022

Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| ULTRA DEEP PICASSO PTE. LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DYNAMIC INDUSTRIES SAUDI ARABIA LIMITED, | ) | CIVIL ACTION NO. 4:21-CV-03891 |
| | ) | |
| Defendant, | ) | |
| | ) | |
| And | ) | |
| | ) | |
| RIYAD BANK | ) | |
| SAUDI ARABIAN OIL COMPANY (SAUDI ARAMCO) | ) | |
| | ) | |
| Garnishees | ) | |

## ORDER

Upon consideration of the motion of Garnishee Saudi Arabian Oil Company ("Saudi Aramco") to designate Carolyn B. Lamm of White & Case LLP as the attorney-in-charge for Saudi Aramco in the above-captioned case, the Court hereby:

GRANTS the motion, and further

ORDERS that Carolyn B. Lamm of White & Case LLP be designated as the attorney-in-charge for Saudi Aramco in the above-captioned case.

It is so ORDERED.

APR 0 8 2022
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge