United States District Court
Southern District of Texas
**ENTERED**
April 13, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **ULTRA DEEP PICASSO PTE. LTD.** | § § § | **CIVIL ACTION NO. 4:21-cv-3891** |
| v. | § § § | **IN ADMIRALTY, Rule 9(h)** |
| **DYNAMIC INDUSTRIES SAUDI ARABIA LTD., et al.** | § § § | |

## ORDER

Considering the foregoing Second Motion for Extension of Time to File Answer filed by Defendant Dynamic Industries Saudi Arabia Ltd. ("DISA");

**IT IS ORDERED** that Defendant's Second Motion for Extension of Time to File Answer be and is hereby granted.

**IT IS FURTHER ORDERED** that the deadline to file an answer or otherwise respond is hereby extended until April 15, 2022.

Houston, Texas, this _____ day of APR 1 3 2022, 2022.

_____
United States District Judge

{N4548544.1}