IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Ultra Deep Picasso Pte Ltd., | § § § § |
| *Plaintiff,* | § § |
| v. | Case No. 4:21-cv-03891 § § |
| Dynamic Industries Saudi Arabia Ltd., | § § § |
| *Defendant* and | § § § |
| Riyad Bank, | § § § |
| *Garnishee.* | § § § |

## ORDER GRANTING MOTION FOR STAY OF SCHEDULING ORDER DEADLINE

Plaintiff Ultra Deep Picasso Pte Ltd. has filed an unopposed motion to stay scheduling order deadlines. Dkt. 64. Due to the limited nature of this attachment proceeding, there will be no trial on the merits. In addition, the validity of the writ of attachment is the subject of pending motion to vacate filed by Dynamic Industries Saudia Arabia Ltd. and Riyad Bank, Dkt. 56, which was heard on March 22, 2023, Dkt. 61.

As such, it is **ORDERED** that Plaintiff's motion to stay the scheduling order is **GRANTED**. All further dates specified in the scheduling order (Dkt. 30) are hereby **STAYED**.

Signed on April 10, 2023, at Houston, Texas.

_____
Yvonne Y. Ho
United States Magistrate Judge