UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ULTRA DEEP PICASSO PTE. LTD., § § Plaintiff, § § VS. § DYNAMIC INDUSTRIES SAUDI § ARABIA LIMITED, § § Defendant. § § § § | CIVIL ACTION NO. 4:21-CV-03891 |

## ORDER

Before the Court are United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on May 18, 2023 (Doc. #69), Plaintiff Ultra Deep Picasso PTE. LTD.'s Objections (Doc. #70), and Defendant Dynamic Industries Saudi Arabia, Ltd. ("DISA") and Garnishee Riyad Bank's Response (Doc. #71). The Magistrate Judge's findings and conclusions are reviewed de novo. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Having reviewed the parties' arguments and applicable legal authority, the Court adopts the Memorandum and Recommendation as its Order.

Despite Plaintiff's objections, the Court agrees with Judge Ho's finding that Plaintiff failed to meet its burden of demonstrating that DISA's property may be found within the Southern District of Texas. Doc. #69 at 8; Doc. #70 at 3. Plaintiff has not, and seemingly cannot, contest DISA and Riyad Bank's evidence that DISA does not hold property in the Southern District of Texas, or even the United States for that matter. Doc. #69 at 9; Doc. #70 at 6.

Accordingly, DISA and Riyad Bank's Motion to Vacate Rule B Attachment (Doc. #56) is GRANTED, and the Court's Order of Attachment (Doc. #10) is hereby VACATED. Because the

Court's jurisdiction terminates with the vacatur of the Rule B attachment, Plaintiff's claims are DISMISSED with prejudice for lack of jurisdiction and all pending motions are hereby DENIED. A separate final judgment will be entered pursuant to Rule 58(a) of the Federal Rules of Civil Procedure.

    It is so ORDERED.

_____JUN 2 6 2023_____  
Date

_____  
The Honorable Alfred H. Bennett  
United States District Judge